# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 15-9306 |
| v. | : | CRIMINAL ACTION |
| Fredrick A Chandler, Jr. | : | ORDER OF RELEASE |

The Court orders the defendant, __Fredrick Chandler Jr.__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

__Fredrick A. Chandler Jr.__   __11-12-15__
**DEFENDANT**                  **DATE**

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__11/12/15__
**DATE**

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
**U.S. PRETRIAL SERVICES OFFICER**